IN THE
UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

NATHANIEL MCNEIL JR.,
    Plaintiff,

v.

COLLINS ROOFING, INC.,
    Defendant.

Case No. 1:20-cv-01419-JES-JEH

### Joint Stipulation of Dismissal

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, it is hereby stipulated and agreed by the parties in the above-entitled action, through their respective attorneys, that the parties have resolved this matter and the above-entitled action should be dismissed with prejudice, with no costs sought or awarded.

Dated: March 10, 2022

| | |
|---|---|
| /s/ Britta Johnson<br>Britta J. Johnson, #6332864<br>Attorney for Plaintiff<br>Prairie State Legal Services, Inc.<br>411 Hamilton Blvd, Ste 1812<br>Peoria, IL 61602<br>Phone: 309-621-4007<br>Fax: 309-674-3802<br>bjohnson@pslegal.org | /s/ Carl Draper<br>Carl R. Draper, #03128847<br>Attorney for Defendant<br>FeldmanWasser<br>1307 S. Seventh Street<br>Springfield, IL 62705<br>Telephone: 217-544-3403<br>Facsimile: 217-544-1593<br>cdraper@feldman-wasser.com |